Charles E. Johnson, Appellant, v. Berta Christoferson, Appellee.

Gen. No. 10,312.

opinion filed January 4, 1949; released for publication January 24, 1949. Paul F. O'Neil, for appellant; Fearer & Nye, for appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.

People of State of Illinois, Defendant in Error, v. Charles C. Fry, Plaintiff in Error.

Gen. No. 10,250.

opinion filed January 4, 1949; released for publication January 24, 1949. Paul F. O'Neil, for plaintiff in error; Ross E. Millet, State's Attorney of DeKalb County, for defendant in error. Opinion by JUSTICE BRISTOW. Not to be published in full.